FILED ___ ENTERED
LODGED ___ RECEIVED
OCT 15 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY                                           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERON LEE HARRISON,<br><br>                    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                    Defendants. | Case No. C12-1360-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' motion for summary judgment (Dkt. No. 22) is GRANTED.

(3)   Plaintiff's complaint (Dkt. No. 8) and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

12-CV-01360-ORD

(4)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 15th day of October, 2013.

JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 2